Cliff W. Marcek, Esq.
Nevada Bar No. 5061
CLIFF W. MARCEK, P.C.
411 E. Bonneville Ave, Suite 390
Las Vegas, NV 89101
Telephone : (702) 366-7076
Facsimile  : (702) 366-7078
Email         : cwmarcek@marceklaw.com

Attorney for Plaintiff
THERESA HANSEN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THERESA HANSEN, an Individual,<br><br>                      Plaintiff,<br>v.<br><br>ALBERTSONS COMPANIES, LLC, a Delaware Limited Liability Company, DOES I through X; and ROE CORPORATIONS XI through XX, Inclusive;<br>                      Defendants. | Case No.: 2:19-cv-02050-JAD-EJY<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITIONS TO DEFENDANT ALBERTSON'S MOTIONS<br><br>ECF No. 19 |

    Plaintiff Theresa Hansen's responses to (1) Defendant Albertson's LLC's Motion to Strike Plaintiff's Uncomputed Special Damages (Doc No.: 16) and (2) Defendant Albertson's LLC's Motion to Strike Plaintiff's Non-Retained Experts (Doc No.: 17) are currently due August 11, 2020 and (3) Defendant Albertson's LLC's Motion in Limine to Preclude Plaintiff's Expert Willis Y. Wu, M.D. from offering Testimony on Future Medical Care (Doc No.: 18) is currently due August 19, 2020.  With this Court's approval, the parties hereby agree that the deadline for said responses shall be extended to August 28, 2020.

    The reasons for the extension are (1) Cliff Marcek moving his office commencing July 30th, and he has experienced certain delays in completing the move, (2) one of his valuable staff member was out of the office for a month of July due to COVID-19 putting Mr. Marcek behind with his cases and (3) because Mr. Marcek is going on vacation from August 16 to August 23rd, 2020.

/ / /

///

This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the first request to extend the deadline for Plaintiff's oppositions to Defendant's Motions Doc Nos. 16 through 18. Albertsons will serve its reply within ten days of service of plaintiff's oppositions.

Dated this __11_ day of August, 2020.          Dated this _11__ day of August, 2020.

CLIFF W. MARCEK, P.C.                          BACKUS CARRANZA & BURDEN

/s/ CLIFF W. MARCEK                            /s/ Jack P. Burden
Cliff W. Marcek, Esq.                          Jack P. Burden, Esq.
Nevada Bar No. 5061                            Nevada Bar No. 6918
411 E. Bonneville Ave, Suite 390               3050 South Durango Drive
Las Vegas, NV 89101                            Las Vegas, Nevada 89117
Attorney for Plaintiff                         Attorneys for Defendant

## ORDER

Based upon the Stipulation of the parties hereto, and with good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation to Extend the deadlines to file the oppositions and replies to the above reference motions are hereby granted.

Dated this __12th__ day of August, 2020

_____
UNITED STATES DISTRICT JUDGE